AUGUST M. BLOMBERG, Respondent, v. GEORGE BECKER, Defendant, and MARCY BECKER, Appellant.— In an action to recover on a contract for a real estate broker's services, order of the County Court, Westchester County, granting plaintiff's motion, under rule 113 of the Rules of Civil Practice, for summary judgment, and judgment entered thereon, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.